■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TORRES, Appellant. [9 NYS3d 873]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (John Moore, J.), rendered on or about October 18, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Gische and Clark, JJ.